## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Bill Wilson** |
| counsel: John Ray White | Reporter: G. Power |
| counsel: | Clerk: M. Johnson |
| | Interpreter: |
| vs | USPO: Rich McCauley |
| **DONALD STUTZMAN** | |
| counsel: Bruce Eddy | |
| counsel: | Date: April 26, 2007 |
| | CASE NO: 4:06CR00252-01-WRW |

### COURT PROCEEDING: Motion to Revoke Pretrial Release Hearing

**Begin: 2:35 p.m.**      **End: 3:00 p.m.**

**Court calls case; Court reviews case to present; deft admits all violations; deft counsel, deft and Gov't make statements to Court; Motion to Revoke denied; conditions of release modified; order to be entered.**

**Court in recess.**